**Order filed January 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00856-CV
_____

**PAUL GUTIERREZ, Appellant**

**V.**

**NATIONSTAR MORTGAGE LLC, Appellee**

**On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-062709**

## O R D E R

Appellant's brief was due January 3, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 13, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM